| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF CONNECTICUT |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Success, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
06-1452272

**4. Debtor's address**

Principal place of business

33-A Light Street  
Stratford, CT 06615  
Number, Street, City, State & ZIP Code

Fairfield  
County

Mailing address, if different from principal place of business

_____  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Success, Inc.** _____   Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Success, Inc.** _____  Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Success, Inc.**     Case number (*if known*)
   Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  1, 2016**
                   MM / DD / YYYY

**X**  **/s/ Gus Curcio, Sr.**                          **Gus Curcio, Sr.**
   Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X**  **/s/ Douglas S. Skalka**                   Date  **July  1, 2016**
   Signature of attorney for debtor                        MM / DD / YYYY

**Douglas S. Skalka**
Printed name

**Neubert, Pepe & Monteith, P.C.**
Firm name

**195 Church Street, 13th Floor**
**New Haven, CT 06510**
Number, Street, City, State & ZIP Code

Contact phone  **203-821-2000**       Email address  **dskalka@npmlaw.com**

**ct00616**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Success, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **IP Media Mortgage, LLC**<br>**Attn: President or General Mgr**<br>**128 Juniper Drive**<br>**Milford, CT 06460** | | **Consultant Fees** | | | | **$780,000.00** |
| **Denali, LLC**<br>**488 Shelton Avenue**<br>**Attn: President or General Mgr**<br>**Shelton, CT 06484** | | **Consultant Fees** | | | | **$520,000.00** |
| **Yellow Rose Inc.**<br>**PO Box 524**<br>**Attn: President or General Mgr**<br>**Stratford, CT 06615** | | **Consultant Fees** | | | | **$423,186.68** |
| **Majestic Magement, LLC**<br>**PO Box 506**<br>**Attn: President or General Mgr**<br>**Stratford, CT 06615** | | **Consultant Fees** | | | | **$87,949.97** |
| **Aquarion Water Co**<br>**200 Monroe Turnpike**<br>**Monroe, CT 06468** | | **Utility** | | | | **$1,184.52** |
| **WPCA**<br>**Bridgeport City Hall**<br>**45 Lyon Terrace**<br>**Bridgeport, CT 06604** | | **Utility** | | | | **$969.89** |
| **Aquarion Water Co**<br>**200 Monroe Turnpike**<br>**Attn: President or General Mgr**<br>**Monroe, CT 06468** | | **Utility** | | | | **$1.00** |

Debtor **Success, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Southern Connecticut Gas Co** P.O. Box 9112 Chelsea, MA 02150-9112 | | Utility | | | | $1.00 |
| **United Illuminating Company** P.O. Box 1564 New Haven, CT 06506-0901 | | Utility | | | | $1.00 |
| **Cablevision of Southern CT** P.O. Box 9256 Chelsea, MA 02150-9256 | | Utility | | | | $1.00 |
| **DirectTV** P.O. Box 5007 Carol Stream, IL 60197-5007 | | Utility | | | | $1.00 |
| **Frontier Communications** P.O. Box 20550 Rochester, NY 14602-0550 | | Utility | | | | $1.00 |

```
Alvaro Albuquerque
P.O. Box 3494
Milford, CT 06460


Aquarion Water Co
200 Monroe Turnpike
Attn: President or General Mgr
Monroe, CT 06468


AS Peleus LLC
assignee of GreenPoint Mtg
PO Box 25460
Attn: President or Gen Mgr
Portland, OR 97298


Benchmark Municipal Tax Srvs
3543 Main Street, 2nd Floor
Attn: President or General Mgr
Bridgeport, CT 06604


City of Bridgeport
Tax Collector
45 Lyon Terrace, Room 123
Bridgeport, CT 06604


Cablevision of Southern CT
P.O. Box 9256
Chelsea, MA 02150-9256


Cell Phone Club Inc.
PO Box 506
Attn: President or General Mgr
Stratford, CT 06615


Citizens One Auto Finance
Attn: President or General Mgr
PO Box 42113
Providence, RI 02940-2113


City Streets Inc.
PO Box 506
Attn: President or General Mgr
Stratford, CT 06615
```

```
Comlink, Inc.
PO Box 524
Attn: President or General Mgr
Stratford, CT 06615


Conn. Environmental Control
61 Pritchett Drive
Westbrook, CT 06498


Robin Cummings
929 White Plains Road, #160
Trumbull, CT 06611


Gus Curcio, Jr.
PO Box 174
Stratford, CT 06615


Denali, LLC
488 Shelton Avenue
Attn: President or General Mgr
Shelton, CT 06484


DirectTV
P.O. Box 5007
Carol Stream, IL 60197-5007


Dahill Donofrio
PO Box 506
Stratford, CT 06615


Ebay Wanted, Inc.
PO Box 524
Attn: President or General Mgr
Stratford, CT 06615


Frontier Communications
P.O. Box 20550
Rochester, NY 14602-0550


Gus Curcio, Sr
PO Box 524
Stratford, CT 06615
```

```
Hawley Enterprises
P.O. Box 506
Attn: President or General Mgr
Stratford, CT 06615


Internal Revenue Service
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


IP Media Mortgage, LLC
assignee of Dade Realty Co
128 Juniper Drive
Attn: President or General Mgr
Milford, CT 06460


Jose Vinales
46 Post Street
Bridgeport, CT 06610


Estate of Faye Kish
c/o Julia Kish
PO Box 524
Stratford, CT 06615


LOSBOBCO LLC
Attn: Robert K. Lesser, Member
1266 1st Street, #3
Sarasota, FL 34236


Majestic Magement, LLC
PO Box 506
Attn: President or General Mgr
Stratford, CT 06615


MERS, as nominee for
Taylor, Bean & Whitaker Mtg Co
Attn: President or General Mgr
PO Box 2026
Flint, MI 48501-2026


Millionair Club Inc.
PO Box 524
Attn: President or General Mgr
Stratford, CT 06615
```

```
Ocwen
Attn: President or General Mgr
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409


Oronoque 15 LLC
PO Box 524
Attn: President or General Mgr
Stratford, CT 06615


Out Law Boxing Kats Inc.
PO Box 524
Attn: President or General Mgr
Stratford, CT 06615


Pay Phones Plus LLC
PO Box 524
Attn: President or General Mgr
Stratford, CT 06615


Albina Pires
47 St. Nicholas Drive
Bridgeport, CT 06604


Red Buff Rita Inc.
1110 Chapel Street
Stratford, CT 06614


Joseph Regensburger
921 Valley Road
Fairfield, CT 06825


Rob Martin
1383 Park Avenue
Bridgeport, CT 06604


Southern Connecticut Gas Co
P.O. Box 9112
Chelsea, MA 02150-9112


State of Connecticut
Department of Revenue Services
25 Sigourney Street, Ste 2
Hartford, CT 06106
```

```
Town of Stratford
Attn: Tax Collector
2725 Main Street
Stratford, CT 06615


Taylor, Bean & Whitaker Mtg Co
Attn: President or General Mgr
1417 North Magnolia Avenue
Ocala, FL 34475


United Illuminating Company
P.O. Box 1564
New Haven, CT 06506-0901


Richard Urban
PO Box 483
Stratford, CT 06615


Dominique Worth
921 Valley Road
Fairfield, CT 06825


WPCA
Bridgeport City Hall
45 Lyon Terrace
Bridgeport, CT 06604


Yellow Rose Inc.
PO Box 524
Attn: President or General Mgr
Stratford, CT 06615
```

# United States Bankruptcy Court
## District of Connecticut

In re  **Success, Inc.**  
                Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Success, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  1, 2016**  
Date

**/s/ Douglas S. Skalka**  
**Douglas S. Skalka ct00616**  
Signature of Attorney or Litigant  
Counsel for  **Success, Inc.**  
**Neubert, Pepe & Monteith, P.C.**  
**195 Church Street, 13th Floor**  
**New Haven, CT 06510**  
**203-821-2000 Fax:203-821-2008**  
**dskalka@npmlaw.com**